# UNITED STATES DISTRICT COURT
## Northern District of California
### San Francisco Division

| | |
|---|---|
| CALIFORNIA COUNCIL OF THE BLIND, et al. | No. C 13-3443 JCS |
| Plaintiffs, | **ORDER RE: ATTENDANCE AT MEDIATION** |
| v. | |
| COUNTY OF ALAMEDA, et al., | Date: March 20, 2014<br>Mediator: Howard Herman |
| Defendants. | |

IT IS HEREBY ORDERED that the request to excuse plaintiffs Scott Blanks and Richard Rueda from appearing in person at the March 20, 2014, mediation before Howard Herman is GRANTED. Messrs. Blanks and Mitchell shall be available at all times to participate telephonically in the mediation in accordance with ADR L.R. 6-10(f).

IT IS SO ORDERED.

March 17, 2014     By: _____
Dated                     Maria-Elena James
                          United States Magistrate Judge

UNITED STATES DISTRICT COURT
For the Northern District of California