UNITED STATES DISTRICT COURT

Northern District of California

San Francisco Division

| | |
|---|---|
| CALIFORNIA COUNCIL OF THE BLIND, et al. | No. C 13-3443 JCS |
| Plaintiffs, | **ORDER RE: ATTENDANCE AT MEDIATION** |
| v. | |
| COUNTY OF ALAMEDA, et al., | Date:     March 20, 2014<br>Mediator: Howard Herman |
| Defendants. | |

IT IS HEREBY ORDERED that the request to excuse plaintiff Lisamaria Martinez from appearing in person at the March 20, 2014, mediation before Howard Herman is GRANTED.

IT IS SO ORDERED.

March 19, 2014          By: _____
Dated                         Maria-Elena James
                              United States Magistrate Judge