1 | DONNA ZIEGLER [142415]
County Counsel
2 | ANDREA WEDDLE [250297]
Assistant County Counsel
3 | RAYMOND S. LARA [213181]
Senior Deputy County Counsel
4 | Office of County Counsel, County of Alameda
1221 Oak Street, Suite 450
5 | Oakland, California 94612
6 | Telephone: (510) 272-6700

7 | Attorneys for Defendants

8 | LAURENCE PARADIS (CAL. BAR 122336)
STUART SEABORN (CAL. BAR NO. 198590)
9 | CHRISTINE CHUANG (CAL. BAR NO. 257214)
10 | MICHAEL NUNEZ (CAL. BAR NO. 280535)
Disability Rights Advocates
11 | 2001 Center Street, Fourth Floor
Berkeley, California  94704-1204
12 | Telephone:    (510) 665-8644
Facsimile:    (510) 665-8511
13 | TTY:          (510) 665-8716
Email:        general@dralegal.org
14

15 | Attorneys for Plaintiffs

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CALIFORNIA COUNCIL OF THE BLIND, SCOTT BLANKS, LISAMARIA MARTINEZ, LARRY BUNN, LEAH GARDNER, AND RICHARD RUEDA,<br><br>Plaintiffs,<br><br>v.<br><br>COUNTY OF ALAMEDA AND TIM DUPUIS, IN HIS OFFICIAL CAPACITY AS INTERIM REGISTRAR OF VOTERS,<br><br>Defendants. | Case No. 13-cv-03443-JCS<br><br>**JOINT CASE MANAGEMENT CONFERENCE STATEMENT**<br><br>Date:   March 20, 2015<br>Time:   2:00 p.m.<br>Place:  Courtroom G<br>Judge:  Honorable Magistrate Judge Joseph C. Spero<br><br>Action Filed: July 25, 2013 |

1   **UPDATED JOINT CASE MANAGEMENT CONFERENCE STATEMENT**

2   The parties submit this Joint Case Management Conference Statement to update the
3   Court on the parties' settlement negotiations.  After attending a mediation session on January 16,
4   2015 with Howard Herman, the parties were able to reach agreement on the amount of fees and
5   costs that Plaintiffs are entitled to recover.  The parties are in the process of finalizing the
6   language of a settlement agreement on all issues and respectfully request a short extension of
7   time to complete this process. As such, the parties request that the Court move the date for the
8   currently-scheduled Case Management Conference from March 20, 2015 to April ~~17~~, 2015 [24 - JCS] or a
9   date soon thereafter that is convenient for the Court.  During this time period, the parties intend
10  to finalize and execute a comprehensive settlement agreement.

11  Dated: March 13, 2015                DISABILITY RIGHTS ADVOCATES

12                                       /s/ *Christine Chuang*

13                                       _____
                                         Christine Chuang
14                                       Attorneys for Plaintiffs

15  Dated: March 13, 2015                DONNA ZIEGLER, County Counsel for the
                                         County of Alameda
16
                                         /s/ *Raymond S. Lara*
17                                       _____
                                         Raymond Lara
18                                       Attorneys for Defendants

19

20  Dated: 3/16/15

**IT IS SO ORDERED AS MODIFIED**
Judge Joseph C. Spero
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA